UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL JOSEPH PAGALING,<br><br>    Plaintiff,<br><br>    v.<br><br>DR. TRIHN,<br>    Defendant. | Case No. 23-cv-00432 BLF<br><br>**JUDGMENT** |

The Court has dismissed the instant civil rights action for lack of federal jurisdiction.  Judgment is entered accordingly.

The Clerk shall close the file.

**IT IS SO ORDERED.**

Dated:  __**May 22, 2023**_____

_____
BETH LABSON FREEMAN
United States District Judge

Judgment
P:\PRO-SE\BLF\CR.22\05277Pagaling_judgment